The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Delores O'Brien Heffernan
   v. Arlington County Department of Human Services
   Record No. 1471-12-4
   Opinion rendered by Judge Humphreys on
   August 13, 2013

2. Patricia Tackett
   v. Arlington County Department of Human Services
   Record No. 1519-12-4
   Opinion rendered by Judge Humphreys on
   August 13, 2013

3. Delores O'Brien Heffernan
   v. Arlington County Department of Human Services
   Record No. 1520-12-4
   Opinion rendered by Judge Humphreys on
   August 13, 2013

4. Vernon Ray Chappelle
   v. Commonwealth of Virginia
   Record No. 0606-12-1
   Opinion rendered by Judge Alston on
   August 20, 2013

5. Tyrus H. Thompson and Ja'Ree C. Thompson
   v. Fairfax County Department of Family Services, Minh-Sang Nguyen, Jasmine
       Vanderplas and Standing Rock Sioux Tribe
   Record No. 2185-12-4
   Opinion rendered by Judge McCullough on
   September 10, 2013

6. Minh-Sang Nguyen
   v. Fairfax County Department of Family Services
   Record No. 2217-12-4
   Opinion rendered by Judge McCullough on
   September 10, 2013

7. <u>Nancy J. Martin, as Guardian ad litem for the Minor Child</u>
v. <u>Fairfax County Department of Family Services, Minh-Sang Nguyen, Jasmine
Vanderplas, Standing Rock Sioux Tribe, Tyrus H. Thompson and Ja'Ree C. Thompson</u>
Record No. 2232-12-4
Opinion rendered by Judge McCullough on
September 10, 2013

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Tariq Rashad Amin
    v. County of Henrico
   Record No. 0861-11-2
    Opinion rendered by Judge Humphreys
      on October 31, 2012
     Judgment of Court of Appeals reversed and matter remanded to this Court
       for determination of issue on merits (122035)

2. Kareem Donte Barlow
    v. Commonwealth of Virginia
   Record No. 0666-12-1
    Opinion rendered by Judge Frank
      on April 2, 2013
    Refused (130721)

3. Vickie Marrs Belew
    v. Commonwealth of Virginia
    Record No. 1168-10-2
    Opinion rendered by Judge Alston
      on May 7, 2013
    Refused (130788)

4. Fredericksburg Orthopaedic Associates
    v. Fredericksburg Machine & Steel, LLC and Commonwealth Contractors GSIA
   Record No. 1714-12-2
    Opinion rendered by Chief Judge Felton
      on May 14, 2013
    Dismissed for lack of jurisdiction pursuant to Code § 17.1-410(A)(2) and (B) (130939)

On October 31, 2013 the Supreme Court issued an opinion in the following case, which had been appealed from this Court:

1. Christopher Burkeen
   v. Commonwealth of Virginia
   Record No. 2566-11-1
   Memorandum opinion rendered by Senior Judge Bumgardner on
     November 27, 2012
   Judgment of Court of Appeals affirmed
   (122178))